

**U. S. DEPARTMENT OF JUSTICE**
FEDERAL BUREAU OF PRISONS
FEDERAL MEDICAL CENTER

P. O. Box 1600
Butner, North Carolina 27509-1600
(919) 575-3900

November 9, 2018

The Honorable Timothy M. Burgess
Western District of Washington
700 Stewart Street, Suite 2310
Seattle, Washington 98101

RE: DOWER, Adrian Scott
Register Number: 32311-086
Docket Number: CR 14-298-TMB

Dear Judge Burgess:

The above-referenced individual was admitted to the Mental Health Unit of this facility on November 6, 2018 pursuant to the provisions of Title 18, United States Code, Section 4241(b).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival plus a 15 day extension. If this request is granted, the evaluation period will end on December 20, 2018. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a signed copy of this letter or an amended Order via fax to (919) 575-4866 to the attention of Inmate Systems Management. In addition, please send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Kelly Forbes, Health Systems Specialist, at extension 6030.

Respectfully,

J. C. Holland, Complex Warden

GRANTED / DENIED (Circle One)

Signature: _____
District Judge Timothy M. Burgess

DATE: 11/15/18

cc: James Goeke, Assistant United States Attorney
Corey Endo, Defense Attorney