JUDGE TIMOTHY M. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR14-298-TMB |
| Plaintiff, | ) ) | **ORDER GRANTING EMERGENCY MOTION FOR TRANSPORTATION OF DEFENDANT TO THE WESTERN DISTRICT OF WASHINGTON** |
| vs. | ) ) | |
| ADRIAN SCOTT DOWER, | ) ) | |
| Defendant. | ) ) | |

The Court has considered the motion for transportation of the defendant to the Western District of Washington.

IT IS HEREBY ORDERED that the United States Marshals transport Mr. Dower to the Western District of Washington in advance of the hearing scheduled in the above-captioned matter on **April 8, 2019, at 9:30 a.m.**

DONE this 20th day of March, 2019.

/s/ *Timothy M. Burgess*
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Adrian Dower

ORDER GRANTING MOTION FOR
TRANSPORTATION OF DEFENDANT
(*U.S. v. Adrian Scott Dower*; CR14-298-TMB) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100