THE HONORABLE TIMOTHY M. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR14-298-TMB |
| Plaintiff, | |
| v. | AGREED ORDER |
| ADRIAN DOWER, | |
| Defendant. | |

The Court, having considered the records herein and the testimony of United States Probation Officer Michael Larsen, finds substantial information indicating that the defendant may presently be suffering from a mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility. The Court will hold a hearing on the present mental condition of the defendant pursuant to 18 U.S.C. §§ 4244 and 4247(d).

It is therefore ORDERED:

1) that the Bureau of Prisons conduct a psychiatric or psychological examination of the defendant's present mental condition pursuant to 18 U.S.C. § 4244(b) to aid the Court in determining whether the defendant meets criteria for civil commitment. The Court recommends that the evaluation take place at Federal Medical Center Springfield;

2) that the defendant be transferred to a suitable medical facility for examination without undue delay and, if not transferred within thirty days of this Order being signed, the United States shall provide a written submission to the Court, updating it on the defendant's designation and why the transportation has yet to occur; and

3) that a report generated pursuant to this Order be prepared and disseminated in accordance with the requirements set forth in 18 U.S.C. § 4247(c), and that this report be filed with the Court, with copies provided to all counsel. Pursuant to 18 U.S.C. § 4244(b), if the report does not recommend hospitalization the report shall include an opinion by the examiner concerning sentencing alternatives that could best accord the defendant the kind of treatment he does need. The Court also asks that the report include any information and/or suggestions on how to mitigate any danger that defendant poses to himself or others.

DATED this 29th day of August, 2019.

/s/ *Timothy M. Burgess*
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Adrian Dower

s/ *James Goeke*
Assistant United States Attorney
By email authorization

AGREED ORDER
(*United States v. Dower*, CR14-298-TMB) - 2